**No. P66/352.**—Kaplan & Gordon Corp. *v.* United States, protests 65/10457 and 65/11774 (New York).

NICHOLS, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of rush bags similar in all material respects to those the subject of *Carson M. Simon & Co.* v. *United States* (55 Cust. Ct. 103, C.D. 2558), the claim of the plaintiff was sustained.